# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

|  |  |
|---|---|
| Habibat Sulaimon, | : |
|  | : |
|  | : |
| Plaintiff, | : Civil Action No. 8:17-cv-00280-PX |
| v. | : |
|  | : |
| Williams, Rush & Associates LLC; and DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |
|  | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Habibat Sulaimon ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the Complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 18, 2017

Respectfully submitted,

By   */s/ Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Email: slemberg@lemberglaw.com
ATTORNEYS FOR PLAINTIFF

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing (ECF) system and that the document is available on the ECF system.

<u>*/s/ Sergei Lemberg*</u>
Sergei Lemberg, Esq.